# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

In re *Cheng-Yi Wang*
   *and*
   *Ching-Shi Wang*
_____ / Debtor

Attorney for Debtor:  *PETER L. KUTRUBES*

Case No.
Chapter *13*

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix includes the names and addresses of all creditors listed on the debtor's schedules.

Dated:  *7/14/2014*

*/s/ PETER L. KUTRUBES*
Debtor's Attorney

```
David Hamerslough  Attorney
Rossi Hamerslough Reischl&Chuc
1960 The Alameda Ste 200
San Jose  CA  95126



Default Resolution Network
11000 Olson Drive  Suite 101
Rancho Cordova  CA  95670



INTERNAL REVENUE SERVICE
Central Involvency Group
Philadelphia  PA  19114-0326



JP Morgan Chase
PO Box 469030
Denver  CO  80246



Mary Wang Oskamp
199 California Drive Ste 200
Millbrae  CA  94030
```