Peter L. Kutrubes, Attorney (CSB# 176024)
1415 Oakland Boulevard, Suite 102
Walnut Creek, California 94596
Tel: (925) 939-9600
Fax: (925) 256-7660

Attorney for Debtor
Cheng-Yi Wang and Ching-Shi Wang

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | Case No.: 14-31049 |
| Cheng-Yi Wang and Ching-Shi Wang | Chapter 13 |
| Debtors | **NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 11** |

NOTICE IS HEREBY GIVEN that pursuant to Bankruptcy Rule 1017(f)(3) and 11 U.S.C §1307(a), the above captioned case is converted to chapter 11. See In re Oblinger, 288 B.R. 781, 783 (Bankr. N.D. Ohio 2003) (conversion of a previously unconverted Chapter 13 case to another chapter is accomplished by debtor's notice of conversion, without court order).

Dated: August 20, 2014

                                                /s/ Peter L. Kutrubes
                                                Peter L. Kutrubes, Attorney
                                                for Debtor

## PROOF OF SERVICE BY MAIL

I am a resident of the County of CONTRA COSTA over the age of 18 years and not a party of the within action; my business address is in care of the LAW OFFICES OF PETER L. KUTRUBES, 1415 Oakland Boulevard, Suite 102 Walnut Creek, California 94596.

On August 20, 2014, I served the following documents:

**NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 11**

on the parties to said action by placing a true copy thereof in a sealed envelope with postage thereon, fully prepaid, in the United States mail at Londonderry, New Hampshire, addressed:

David Hamerslough Attorney
Rossi Hamerslough Reischl&Chuc
1960 The Alameda Ste 200
San Jose CA 95126

Default Resolution Network
11000 Olson Drive Suite 101
Rancho Cordova CA 95670

INTERNAL REVENUE SERVICE
Central Involvency Group
Philadelphia PA 19114-0326

JP Morgan Chase
PO Box 469030
Denver CO 80246

Mary Wang Oskamp
199 California Drive Ste 200
Millbrae CA 94030

CAMPEAU GOODSELL SMITH, L.C.
WILLIAM J. HEALY, ATTORNEY
440 N. 1st Street, Suite 100
San Jose, California 95112

| | |
|---|---|
| 1 | David Burchard |
| | 393 Vintage Park Drive, Suite 150 |
| 2 | Foster City, California 94404 |
| 3 | U.S. Trustee |
| | Office of the U.S. Trustee/SF |
| 4 | 235 Pine Street, Suite 700 |
| | San Francisco, California 94104 |

I certify that I am employed in the office of a member of the Bar at whose direction this service was given. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed at Londonderry, New Hampshire on August 20, 2014.

*/s/ Peter L. Kutrubes*
PETER L. KUTRUBES