CAMPEAU GOODSELL SMITH, L.C.
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR

Mary Wang Oskamp

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| In re:<br><br>CHENG-YI WANG and CHING-YI WANG,<br><br>                        Debtors. | Case No. 14-31049<br><br>CHAPTER 13<br><br>**NOTICE OF MOTION FOR RELIEF FROM STAY**<br><br>Hearing Date: September 4, 2014<br>Hearing Time: 9:30 a.m.<br>Judge: Hon. Dennis Montali<br>       U.S.B.C.<br>       235 Pine St., 23rd FL.<br>       San Francisco, CA 94104 |

**TO THE HONORABLE DENNIS MONTALI, THE OFFICE OF THE UNITED STATES TRUSTEE, CHAPTER 13 TRUSTEE, THE DEBTORS CHENG-YI WANG and CHING-YI WANG AND THE ATTORNEY(S) FOR THE DEBTORS, JP MORGAN CHASE, ALL INTERESTED PARTIES, AND ALL PARTIES ENTITLED TO NOTICE:**

PLEASE TAKE NOTICE that on September 4, 2014 at 9:30 a.m. or as soon thereafter as the matter may be heard before the Honorable Dennis Montali of the United States Bankruptcy Court located at 235 Pine St., 23rd Fl., San Francisco, CA 94104, secured creditor Mary Wang Oskamp ("Oskamp" or "Moving Party") will move this court for relief from stay

NOTICE OF MOTION FOR RELIEF FROM STAY

pursuant to 11 U.S.C. 105, 362 (d)(1) and 362 (d)(4)(B) of the United States Bankruptcy Code, Rule 4001 of the Federal Rules of Bankruptcy Procedure, and Bankruptcy Local Rule 4001-1 of the United States Bankruptcy Court for the Northern District of California with respect to real property commonly known as 1270 Millbrae Ave., Millbrae, CA 94030 (APN# 024-211-300-9) ("Real Property") so Moving Party may proceed to exercise her rights and remedies under the note(s), deed(s) of trust, and state law and recovery possession, including but not limited to foreclosure ("Motion").

PLEASE TAKE FURTHER NOTICE that Moving Party also seeks an order waiving the fourteen (14) day stay of any order granting relief from stay and/or the Motion as provided by Rule 4001 (a)(3) of Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that Moving Party also seeks that any order granting relief from stay and/or the Motion provide that relief from the stay under 11 U.S.C. 362 shall be binding and effective and shall supercede any subsequently entered order confirming a plan of reorganization, conversion, and/or dismissal of the case.

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Local Rule 4001-1 of the United States Bankruptcy Court for the Northern District of California the Debtor is advised to appear personally or through counsel at the hearing on the Motion.

The Motion is based upon this notice of motion, the supporting motion and/or memorandum of points and authorities filed concurrently herewith, the Declaration of Mary Wang Oskamp filed concurrently herewith, the relief from stay cover sheet filed concurrently herewith, and any and all papers and pleadings on file in this case, including, but not limited to, Debtor's petition and schedules.

Dated: August 20, 2014         Campeau Goodsell Smith.
                               /s/William J. Healy, Esq.
                               William J. Healy, Esq.