**Entered on Docket**
**September 08, 2014**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: September 8, 2014



_____
DENNIS MONTALI
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

In Re: Cheng- Yi Wang and      Case No.: 14-31049-DM
Ching- Shi Wang      Chapter 11

## ORDER FOR INDIVIDUAL(S) IN CHAPTER 7, CHAPTER 13 AND CHAPTER 11 CASES TO FILE REQUIRED DOCUMENTS AFTER CASE CONVERSION

The debtor(s) named above failed to file the documents as marked listed below:

\* List of Creditors Holding 20 Largest Unsecured Claims (Official Form 4)

\* Statement Re Payment Advices (Local from available at www.canb.uscourts.gov)

**IT IS HEREBY ORDERED** that unless within 14 DAYS OF THE DATE OF THIS ORDER, the debtor(s) file(s) the document(s) listed above, the court MAY DISMISS this case without further notice or hearing.

*****END OF ORDER*****

## COURT SERVICE LIST

Cheng- Yi Wang
Ching- Shi Wang
1270 Millbrae Ave.
Millbrae, CA 94030

Peter L. Kutrubes
Law Offices of Peter L. Kutrubes
1415 Oakland Blvd., #102
Walnut Creek, CA 94596