Entered on Docket
September 15, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: September 12, 2014

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  CAMPEAU GOODSELL SMITH, L.C.
   WILLIAM J. HEALY, #146158
2  440 N. 1st Street, Suite 100
   San Jose, California   95112
3  Telephone:  (408) 295-9555
   Facsimile:   (408) 295-6606
4
   ATTORNEYS FOR
5  Mary Wang Oskamp

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| In re:<br>CHENG-YI WANG and CHING-SHI WANG,<br><br>　　　　　　　　Debtors. | Case No. 14-31049<br><br>CHAPTER 13<br><br>**ORDER ON MOTION FOR RELIEF FROM STAY**<br><br>Hearing Date:  September 4, 2014<br>Hearing Time: 9:30 a.m.<br>Judge:  Hon. Dennis Montali<br>　　U.S.B.C.<br>　　235 Pine St., 22rd FL.<br>　　San Francisco, CA 94104 |

　　Secured creditor Mary Wang Oskamp's ("Oskamp" or "Moving Party") motion for relief from stay pursuant to 11 U.S.C. 105, 362 (d)(1) and 362 (d)(4)(B) of the United States Bankruptcy Code, Rule 4001 of the Federal Rules of Bankruptcy Procedure, and Bankruptcy Local Rule 4001-1 of the United States Bankruptcy Court for the Northern District of California with respect to real property commonly known as 1270 Millbrae Ave., Millbrae, CA 94030 (APN# 024-211-300-9) ("Real Property") ("Motion") came for hearing on September 4, 2014 at 9:30 a.m. Moving Party appeared through counsel William J. Healy. Debtors CHENG-YI WANG and CHING-SHI WANG ("Debtors") appeared through counsel

Peter L. Kutrubes.

The court, based on the moving papers, arguments of counsel, and good cause appearing does therefore issue the following order,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. Debtors shall tender to Oskamp, as adequate protection payments, regular monthly payments of $677.08 commencing on September 12, 2014 and continuing monthly thereafter by the 12th of the month.

2. Debtors shall tender payments to Oskamp, unless and until indicated otherwise, as follows:

>Mary Wang Oskamp
>199 California Dr., #200
>Millbrae, CA 94030

3. In the event the Debtor(s) fail(s) to make the monthly payment(s) as described in paragraph one (1) herein, Movant shall provide written notice to Debtors Cheng-Yi Wang/Ching-Shi Wang and to Debtors' attorney(s) of record, indicating the nature of the default. If Debtor(s) fail(s) to cure the default(s) with certified funds after the passage of ten (10) calendar days from the date said written notice is placed in the mail, then Movant may restore the Motion to the calendar with fifteen (15) days notice.

4. This order is without prejudice to Movant's other rights and remedies.

***End of Order***

## COURT SERVICE LIST

None