```
                         United States Bankruptcy Court
                         Northern District of California
```

In re:                                                          Case No. 14-31049-DM
Cheng-Yi Wang                                                   Chapter 11
Ching-Shi Wang
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0971-3           User: rwong              Page 1 of 1             Date Rcvd: Sep 15, 2014
                               Form ID: pdfeoc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2014.
db/jdb          +Cheng-Yi Wang,   Ching-Shi Wang,   1270 Millbrae Ave,   Millbrae, CA 94030-2908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2014 at the address(es) listed below:
              Minnie Loo    on behalf of U.S. Trustee    Office of the U.S. Trustee / SF minnie.loo@usdoj.gov
              Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
              Peter L. Kutrubes    on behalf of Joint Debtor Ching-Shi  Wang Kutrubes-group2@kutrubeslaw.com,
               pkutrubes@kutrubeslaw.com
              Peter L. Kutrubes    on behalf of Debtor Cheng-Yi  Wang Kutrubes-group2@kutrubeslaw.com,
               pkutrubes@kutrubeslaw.com
              William J. Healy    on behalf of Creditor Mary Wang Oskamp whealy@campeaulaw.com
                                                                                             TOTAL: 5

Signed and Filed: September 12, 2014

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

| | |
|---|---|
| 1 | CAMPEAU GOODSELL SMITH, L.C. |
| | WILLIAM J. HEALY, #146158 |
| 2 | 440 N. 1st Street, Suite 100 |
| | San Jose, California 95112 |
| 3 | Telephone: (408) 295-9555 |
| | Facsimile: (408) 295-6606 |
| 4 | |
| 5 | ATTORNEYS FOR |
| | Mary Wang Oskamp |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

In re:                                    )  Case No. 14-31049
                                          )
CHENG-YI WANG and CHING-  )  CHAPTER 13
SHI WANG,                                 )
                                          )  **ORDER ON MOTION FOR RELIEF**
                          Debtors.        )  **FROM STAY**
                                          )
                                          )  Hearing Date: September 4, 2014
                                          )  Hearing Time: 9:30 a.m.
                                          )  Judge: Hon. Dennis Montali
                                          )         U.S.B.C.
                                          )         235 Pine St., 22rd FL.
                                          )         San Francisco, CA 94104
                                          )
_____)

Secured creditor Mary Wang Oskamp's ("Oskamp" or "Moving Party") motion for relief from stay pursuant to 11 U.S.C. 105, 362 (d)(1) and 362 (d)(4)(B) of the United States Bankruptcy Code, Rule 4001 of the Federal Rules of Bankruptcy Procedure, and Bankruptcy Local Rule 4001-1 of the United States Bankruptcy Court for the Northern District of California with respect to real property commonly known as 1270 Millbrae Ave., Millbrae, CA 94030 (APN# 024-211-300-9) ("Real Property") ("Motion") came for hearing on September 4, 2014 at 9:30 a.m. Moving Party appeared through counsel William J. Healy. Debtors CHENG-YI WANG and CHING-SHI WANG ("Debtors") appeared through counsel

Peter L. Kutrubes.

The court, based on the moving papers, arguments of counsel, and good cause appearing does therefore issue the following order,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. Debtors shall tender to Oskamp, as adequate protection payments, regular monthly payments of $677.08 commencing on September 12, 2014 and continuing monthly thereafter by the 12th of the month.

2. Debtors shall tender payments to Oskamp, unless and until indicated otherwise, as follows:

> Mary Wang Oskamp
> 199 California Dr., #200
> Millbrae, CA 94030

3. In the event the Debtor(s) fail(s) to make the monthly payment(s) as described in paragraph one (1) herein, Movant shall provide written notice to Debtors Cheng-Yi Wang/Ching-Shi Wang and to Debtors' attorney(s) of record, indicating the nature of the default. If Debtor(s) fail(s) to cure the default(s) with certified funds after the passage of ten (10) calendar days from the date said written notice is placed in the mail, then Movant may restore the Motion to the calendar with fifteen (15) days notice.

4. This order is without prejudice to Movant's other rights and remedies.

***End of Order***

ORDER ON MOTION FOR RELIEF FROM STAY 2

Case: 14-31049   Doc# 39   Filed: 09/17/14   Entered: 09/17/14 21:33:45   Page 3 of 4

## COURT SERVICE LIST

None