TRACY HOPE DAVIS
United States Trustee for Region 17
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-2745
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By: MINNIE LOO (106613)
    Trial Attorney
    Minnie.loo@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 14-31049 DM |
| | Chapter 11 |
| **CHENG-YI WANG** and | (converted from chapter 13) |
| **CHING-SHI WANG**, | Date: November 7, 2014 |
| | Time: 10:00 a.m. |
| Debtors. | Ctrm: Hon. Dennis Montali |
| | 235 Pine Street, 22nd Floor |
| | San Francisco, CA |

**NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7 UNDER 11 U.S.C. § 1112(b) and (e)**

**PLEASE TAKE NOTICE** that a hearing will be held on **November 7, 2014** at **10:00 a.m.**, before the **Honorable Dennis Montali, 235 Pine Street, Courtroom 22, San Francisco, California**, on the United States Trustee's Motion to Convert Case to Chapter 7 under 11 U.S.C. §§ 1112(b) and (e). Please further note that while the United States Trustee's motion seeks conversion, the court has discretion to also appoint a chapter 11 trustee.

The motion is based upon this notice of hearing, the motion of the United States Trustee to convert case, the memorandum in support and declarations filed concurrently herewith, the pleadings, orders, and other documents on file in this case, and upon such evidence as may be presented to the Court at the hearing or in response to any opposition to the motion.

You may obtain a copy of the Motion, the memorandum in support, and accompanying declaration from the Court's docket on the PACER system or by contacting the undersigned.

> A RESPONSE, IF ANY, TO THE MOTION SHALL BE MADE IN WRITING AND SERVED UPON THE UNITED STATES TRUSTEE, AND FILED WITH THE BANKRUPTCY COURT, AT LEAST FOURTEEN (14) DAYS PRIOR TO THE HEARING DATE PURSUANT TO B.L.R. 9014-1(C)(1). IF THERE IS NOT A TIMELY OPPOSITION TO THE MOTION, THE COURT MAY ENTER AN ORDER GRANTING THE REQUESTED RELIEF BY DEFAULT.

Dated: October 7, 2014             Tracy Hope Davis, United States Trustee

                                       By: /s/ Minnie Loo
                                                  Attorney for the United States Trustee