DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

Signed and Filed: October 29, 2014



_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

| Case Number:<br>14-3-1049 DM | U.S. Bankruptcy Court<br>Northern District of California (San Francisco)<br>**Order Discharging Trustee and Final Decree**<br>**Converted Before Confirmation** | |
|---|---|---|
| In Re:<br><br>CHENG-YI WANG<br>CHING-SHI WANG | Soc. Sec/Tax ID Nos:<br><br>###-##-1843<br>###-##-1181 | Address of Debtor<br><br>1270 MILLBRAE AVE<br>MILLBRAE, CA 94030 |

The above named Debtor Case having been converted prior to confirmation to Chapter 11 on September 05, 2014 and David Burchard, Trustee having submitted his Final Report showing the estate of the above-name debtor(s) having been administered, it is ordered as follows:

1. The final account of David Burchard, Chapter 13 Standing Trustee is approved. He is discharged as trustee after having fully performed his duties.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

CHENG-YI and CHING-SHI WANG
1270 MILLBRAE AVE
MILLBRAE, CA 94030