TRACY HOPE DAVIS
United States Trustee for Region 17
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By:   MINNIE LOO (106613)
       Trial Attorney
       Minnie.loo@usdoj.gov

**Signed and Filed: October 31, 2014**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>**CHENG-YI WANG** and<br>**CHING-SHI WANG**,<br><br>             Debtors. | Case No. 14-31049 DM<br>Chapter 11<br>(converted from chapter 13)<br>Date:   November 7, 2014<br>Time:   10:00 a.m.<br>Ctrm:   Hon. Dennis Montali<br>           235 Pine Street, 22nd Floor<br>           San Francisco, CA |

## ORDER CONVERTING CASE TO CHAPTER 7

The *United States Trustee's Motion to Convert Case to Chapter 7 under 11 U.S.C. § 1112(b) and (e)* was filed and Notice of such Motion was served on October 10, 2014. Doc #s. 44 and 45. The Notice provided that any response to the Motion must be made at least fourteen days prior to the November 7, 2014 hearing or the court may enter an order granting the requested relief by default. Doc # 44. The United States Trustee having filed the *Declaration of Minnie Loo re: No Timely Opposition to United States Trustee's Motion to Convert Case to Chapter 7* on October 27, 2014, and good cause appearing, it is hereby ORDERED:

1.    This case is converted to chapter 7; and

2.    The hearing on the Motion set for November 7, 2014 is vacated.

** END OF ORDER **

COURT SERVICE LIST

Cheng-Yi Wang
Ching-Shi Wang
1270 Millbrae Avenue
Millbrae, CA 94030