

**Signed and Filed: November 4, 2014**

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In Re:  Cheng-Yi Wang                                   Case No.: 14-31049-DM
        Ching-Shi Wang                                  Chapter 7

### ORDER FOR INDIVIDUAL(S) IN CHAPTER 7, CHAPTER 11 AND CHAPTER 13 CASES TO FILE REQUIRED DOCUMENTS AFTER CASE CONVERSION

The debtor(s) named above failed to file the documents as marked listed below:

X      Statement Re Payment Advices (local form available at www.canb.uscourts.gov)

**IT IS HEREBY ORDERED** that unless within 14 DAYS OF THE DATE OF THIS ORDER, the debtor(s) file(s) the document(s) listed above, the court MAY DISMISS this case without further notice or hearing.

*****END OF ORDER*****

## COURT SERVICE LIST

Chen-Yi Wang
1270 Millbrae Ave.
Millbrae, CA 94030

Ching-Shi Wang
1270 Millbrae Ave.
Millbrae, CA 94030

Janina M. Hoskins
PO Box 158
Middletown, CA 95461

Office of the U.S. Trustee
235 Pine St., Suite 700
San Francisco, CA 94104